


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., Plaintiff, v. ZURICH AMERICA INSURANCE COMPANY and GALLAGHER-PIPINO, INC., Defendants. | CASE NO.: C 05-00198 JW<br><br>**STIPULATION AND ORDER REGARDING THE CORRECTION OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S NAME IN THE COMPLAINT AND OTHER PLEADINGS**<br><br>Complaint Filed: January 12, 2005 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all references to "Zurich America Insurance Company" in the complaint and any subsequent pleadings are hereby deemed corrected and changed to "Zurich American Insurance Company."

///

///

///

///

///

DATED: June 3, 2005

JONES TURNER, LLP

By: [signature]
Steven D. Turner
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

DATED: June ___, 2005

RUBY & SCHOFIELD

By:______________________
Allen Ruby
Attorneys for Plaintiff SANTANA ROW HOTEL PARTNERS, L.P.

DATED: June ___, 2005

SELVIN WRAITH HALMAN, LLP

By:______________________
Gary R. Selvin
Attorneys for Defendant GALLAGHER-PIPINO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __________________

______________________________
The Honorable James Ware
United States District Judge

DATED: June 3, 2005

JONES TURNER, LLP

By:________________________
Steven D. Turner
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

DATED: June 14, 2005

RUBY & SCHOFIELD

By:________________________
Allen Ruby
Attorneys for Plaintiff SANTANA ROW HOTEL PARTNERS, L.P.

DATED: June ___, 2005

SELVIN WRAITH HALMAN, LLP

By:________________________
Gary R. Selvin
Attorneys for Defendant GALLAGHER-PIPINO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __________________

______________________________
The Honorable James Ware
United States District Judge

DATED: June 3, 2005

JONES TURNER, LLP

By: ______________________
Steven D. Turner
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

DATED: June ___, 2005

RUBY & SCHOFIELD

By: ______________________
Allen Ruby
Attorneys for Plaintiff SANTANA ROW HOTEL PARTNERS, L.P.

DATED: ~~June~~ July 13, 2005

SELVIN WRAITH HALMAN, LLP

By: [signature]
~~Gary R. Selvin~~ Patrick Loughley
Attorneys for Defendant GALLAGHER-PIPINO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/22/05

/s/ James Ware
The Honorable James Ware
United States District Judge