Case 5:05-cv-00198-JW   Document 41   Filed 08/04/05   Page 1 of 3



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICA INSURANCE COMPANY and GALLAGHER-PIPINO, INC., <br><br> Defendants. | CASE NO.:   C 05-00198 JW <br><br> **STIPULATION AND ORDER REGARDING THE CONTINUANCE OF THE HEARING DATE FOR THE MOTIONS/CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND THE ISSUES TO BE BRIEFED ON THE MOTIONS/CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** <br><br> Complaint Filed: January 12, 2005 |

WHEREAS, the parties hereto have encountered certain difficulties completing the discovery necessary to adequately brief the motions/cross-motions for partial summary judgment referenced in the Court's Order dated May 24, 2005; and

WHEREAS, the parties hereto desire further clarification from the Court regarding the issues to be briefed in said motions/cross-motions;

IT IS THEREFORE STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

///

1

STIPULATION AND ORDER REGARDING THE CONTINUANCE OF THE PARTIAL SUMMARY JUDGMENT
HEARING DATE AND THE ISSUES TO BE BRIEFED ON PARTIAL SUMMARY JUDGMENT AND - C 05-00198 JW

1.     The hearing on the motions/cross-motions for partial summary judgment is continued from October 24, 2005 to December 19, 2005 at 9:00 a.m.; and

2.     The Case Management Conference currently scheduled for October 24, 2005 will remain on calendar. At that time, counsel for the parties will seek clarification from the Court regarding the issues to be briefed in the motions/cross-motions for partial summary judgment. No less than 10 days before the hearing, the parties will submit a short, joint statement regarding the issues upon which they seek clarification.

DATED: August ___, 2005          JONES TURNER, LLP

By:_____
    Steven D. Turner
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

DATED: August ___, 2005          RUBY & SCHOFIELD

By:_____
    Steve Ellenberg
Attorneys for Plaintiff SANTANA ROW HOTEL PARTNERS, L.P.

DATED: August ___, 2005          SELVIN WRAITH HALMAN, LLP

By:_____
    Gary R. Selvin
Attorneys for Defendant GALLAGHER-PIPINO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
The Honorable James Ware
United States District Judge

2

STIPULATION AND ORDER REGARDING THE CONTINUANCE OF THE PARTIAL SUMMARY JUDGMENT
HEARING DATE AND THE ISSUES TO BE BRIEFED ON PARTIAL SUMMARY JUDGMENT AND - C 05-00198 JW

| | |
|---|---|
| 1 | 1. The hearing on the motions/cross-motions for partial summary judgment is continued from October 24, 2005 to December 19, 2005 at 9:00 a.m.; and |
| 2 | |
| 3 | 2. The Case Management Conference currently scheduled for October 24, 2005 will remain on calendar. At that time, counsel for the parties will seek clarification from the Court regarding the issues to be briefed in the motions/cross-motions for partial summary judgment. No less than 10 days before the hearing, the parties will submit a short, joint statement regarding the issues upon which they seek clarification. |

DATED: August 4, 2005

JONES TURNER, LLP

By: /s/ Steven D. Turner
Steven D. Turner
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

DATED: August 3, 2005

RUBY & SCHOFIELD

By: /s/ Steve Ellenberg
Steve Ellenberg
Attorneys for Plaintiff SANTANA ROW HOTEL PARTNERS, L.P.

DATED: August 3, 2005

SELVIN WRAITH HALMAN, LLP

By: /s/ Gary R. Selvin
Gary R. Selvin
Attorneys for Defendant GALLAGHER-PIPINO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/4/05

/s/ James Ware
The Honorable James Ware
United States District Judge

2

STIPULATION AND ORDER REGARDING THE CONTINUANCE OF THE PARTIAL SUMMARY JUDGMENT HEARING DATE AND THE ISSUES TO BE BRIEFED ON PARTIAL SUMMARY JUDGMENT AND - C 05-00198 JW