

IT IS SO ORDERED
Judge James Ware

1  Allen Ruby, Esq. SB #47109
   Steven A. Ellenberg, Esq., SB #151489
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, California 95113
   Telephone: (408) 998-8500
4
   Attorneys for Plaintiff
5  SANTANA ROW HOTEL PARTNERS, L.P.

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11 | SANTANA ROW HOTEL PARTNERS, L.P., | Case No. C05 00198 JW
12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING THE HEARING DATE FOR DISPOSITIVE MOTIONS**
13 | v. |
14 | ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO., |
15 |  |
16 | Defendants. |
17

18      WHEREAS, certain issues have arisen with respect to the scheduling of depositions
19 necessary to adequately brief the dispositive motions directed to liability on the first and
20 second claims for relief of plaintiff's First Amended Complaint which is currently scheduled
21 for March 27, 2006; and
22      WHEREAS, Zurich's Motion for Relief from restrictions on the number and time
23 available for depositions is currently scheduled for March 28, 2006,
24      NOW THEREFORE, the parties stipulate and agree that the date for dispositive
25 motions directed to liability on the first and second claims for relief of plaintiff's First
26 Amended Complaint referenced in ¶11 of the Scheduling Order is changed from March 27,
27 2006 to April 24, 2006.
28      This stipulation shall not effect any other dates identified in the Scheduling Order.

STIP AND ORDER CONTINUING HEARING DATE ON DISPOSITIVE MOTIONS                    1

| | | |
|---|---|---|
| 1 | DATED: February 16, 2006 | RUBY & SCHOFIELD |
| 2 | | |
| 3 | | |
| 4 | | BY _____ |
| 5 | | STEVEN A. ELLENBERG<br>Attorneys for Santana Row Hotel Partners |
| 6 | DATED: February 16, 2006 | JONES TURNER LLP |
| 7 | | |
| 8 | | BY _____ |
| 9 | | STEVEN D. TURNER<br>Attorneys for Zurich American Ins. Co. |
| 10 | | |
| 11 | DATED: February 6, 2006 | SELVIN, WRAITH, HALMAN LLP |
| 12 | | |
| 13 | | BY _____ |
| 14 | | GARY SELVIN<br>Attorneys for Gallagher-Pipino and<br>Arthur J. Gallagher |
| 15 | | |
| 16 | | |
| 17 | | **ORDER** |

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: ~~February~~, 2006
03/07/06

_____
HONORABLE JAMES WARE

I:\SANTANA ROW\DISTRICT CT\P\Stip to Cont Hrg on Dispositive Mots.doc

STIP AND ORDER CONTINUING HEARING DATE ON DISPOSITIVE MOTIONS                    2