1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | SANTANA ROW HOTEL PARTNERS, L.P., | CASE NO.:   C 05-00198 JW |
| 13 | Plaintiff, | |
| 14 | v. | **STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN DATES IN THE SCHEDULING ORDER** |
| 15 | ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | ZURICH AMERICAN INSURANCE COMPANY, | Second Amended Complaint Filed: June 20, 2006 |
| 20 | Cross-Complainant, | |
| 21 | v. | |
| 22 | GALLAGHER-PIPINO, INC. | |
| 23 | Cross-Defendant. | |
| 24 | | |

25    WHEREAS, the Court issued its Scheduling Order on October 26, 2005;

26    WHEREAS, on November 16, 2005, the Court granted Plaintiff Santana Row Hotel Partners,

27  LP leave to file a first amended complaint, naming Arthur J. Gallagher & Company as a defendant;

28    WHEREAS, Defendant Zurich filed its Motion to Dismiss Plaintiff's first amended

complaint on January 13, 2006, which motion was denied by Order dated February 22, 2006;

WHEREAS, Arthur J. Gallagher & Company appeared and filed its answer on January 18, 2006;

WHEREAS, on June 20, 2006, the Court granted Plaintiff Santana Row Hotel Partners, LP leave to file a second amended complaint, supplementing its causes of action against the broker defendants;

WHEREAS, the parties have and continue to conduct written discovery and to seek to resolve discovery disputes informally, and have and continue to resolve scheduling conflicts concerning the taking of oral depositions;

WHEREAS, approximately 300,000 documents have been produced by the parties and third-party witnesses in the discovery in this litigation, with the latest production occurring during the week of August 28, 2006;

WHEREAS, Defendant Zurich has conducted 19 depositions on the issues of insurance coverage and damages. Plaintiff has conducted three depositions (including an extensive 30(b)(6) deposition) and has noticed but not commenced one deposition;

WHEREAS, the Gallagher defendants have noticed and commenced but not completed one deposition on the issue of insurance coverage;

WHEREAS, pursuant to the October 26, 2005 Scheduling Order, as amended by Orders dated January 10, 2006 and March 13, 2006, the parties' Rule 26 expert disclosures are to be served on September 15, 2006, and the parties' motion(s) for summary adjudication regarding liability on the first and second claims for relief in Plaintiff's second amended complaint are scheduled for hearing on October 16, 2006;

WHEREAS, the Gallagher defendants have requested an additional 45 days to submit their F.R.C.P. 26(a)(2)(B) expert disclosure, and due to one of its expert consultants' medical condition Plaintiff requires an additional one week to make its F.R.C.P. 26(a)(2)(B) expert disclosure;

WHEREAS, the Gallagher defendants and Plaintiff believe that, under the current schedule, they will not have time to adequately prepare for either a productive F.R.C.P. 26(a)(2)(B) exchange or to fully brief the dispositive motions;

2

STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN DATES IN THE SCHEDULING ORDER - C 05-00198 JW

1  WHEREAS, all of the parties agree that the dates in the Scheduling Order should be changed
2  to allow the parties to complete discovery, to engage in a more productive expert witness exchange,
3  to otherwise narrow the issues for the submission of dispositive pre-trial motions, and to prepare for
4  trial; and
5  WHEREAS, all parties agree that, in light of the complexity of the issues in dispute and the
6  nature and scope of the issues to be litigated, the changes requested herein are necessary to the
7  productive and orderly handling of this matter;
8  IT IS THEREFORE STIPULATED by and between the parties hereto, through their
9  respective counsel of record, as follows:
10 1. The date regarding expert witness disclosure referenced in paragraph 4 of the
11    Scheduling Order is changed from September 15, 2006 to November 3, 2006;
12 2. The date regarding the disclosure of rebuttal expert witnesses referenced in paragraph
13    8 of the Scheduling Order is changed from October 1, 2006 to November 30, 2006;
14 3. The date regarding the hearing of motions to exclude experts/expert testimony
15    referenced in paragraph 7 of the Scheduling Order is changed from November 16,
16    2006 to January 15, 2007;
17 4. The date regarding the close of discovery referenced in paragraph 10 of the
18    Scheduling Order is changed from November 15, 2006 to January 8, 2007;
19 5. The hearing date for motions or cross-motions for summary adjudication on liability
20    under the first two claims for relief of Plaintiff's second amended complaint is
21    changed from October 16, 2006 to November 20, 2006;
22 6. The last date for hearing of dispositive motions is changed from December 18, 2006
23    to January 29, 2007; and
24 7. The date for the filing and lodging of the Preliminary Pretrial and Trial Setting
25    Conference statement is changed from January 15, 2007 to February 26, 2007, and the
26    date for the Preliminary Pretrial and Trial Setting Conference is changed from January
27    29, 2007 to March 12, 2007.
28 ///

1 | Dated: September 6, 2006 | RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg

Attorneys for Plaintiff, Santana Row Hotel Partners, L.P.

Dated: September 6, 2006 | JONES TURNER, LLP

By: _____
Steven D. Turner

Attorneys for Defendant, Zurich American Insurance Company

Dated: September 6, 2006 | SELVIN WRAITH HALMAN, LLP

By: _____
Gary R. Selvin

Attorneys for Defendants, Gallagher Pipino, Inc. and Arthur J. Gallagher & Company.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: September 6, 2006

The Honorable James Ware
United States District Court