UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., | CASE NO.:   C 05-00198 JW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN MOTION HEARING DATES** |
| ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. | |
| Defendants. | |
| ZURICH AMERICAN INSURANCE COMPANY, | Second Amended Complaint Filed: June 20, 2006 |
| Cross-Complainant, | |
| v. | |
| GALLAGHER-PIPINO, INC. | |
| Cross-Defendant. | |

WHEREAS, in order to accommodate plaintiff's counsel's trial scheduled in another matter, all parties have agreed to change the hearing date for motions or cross-motions for summary adjudication on liability under the first two causes of action from November 20, 2006 to December 4, 2006; and

1       WHEREAS, the parties have agreed to the following briefing schedule on motions or cross-
2 motions (if any) for summary adjudication on liability under the first two causes of action: All
3 motions and cross-motions (if any) to be filed on October 23, 2006; all oppositions to be filed on
4 November 6, 2006; and, all replies (if any) to be filed on November 20, 2006; and

5       WHEREAS, all parties have further agreed to change the dispositive motion hearing date
6 from January 29, 2007 to February 12, 2006;

7       WHEREAS, all parties agree that the changes requested herein are necessary to the
8 productive and orderly handling of this matter and to enable the parties to present meaningful
9 motions to the Court;

10       IT IS THEREFORE STIPULATED by and between the parties hereto, through their
11 respective counsel of record, as follows:

12       1.    The hearing date for motions or cross-motions for summary adjudication on liability
13           under the first two claims for relief of Plaintiff's second amended complaint is
14           changed from November 20, 2006 to December 4, 2006; and

15       2.    The last date for hearing of dispositive motions is changed from January 29, 2007 to
16           February 12.

18 Dated: October 6, 2006                                RUBY & SCHOFIELD

By: _____
    Steven A. Ellenberg

Attorneys for Plaintiff, Santana Row
Hotel Partners, L.P.

Dated: October 6, 2006                                JONES TURNER, LLP

By: _____
    Steven D. Turner

Attorneys for Defendant, Zurich
American Insurance Company

| | | |
|---|---|---|
| 1 | Dated: October 6, 2006 | SELVIN WRAITH HALMAN, LLP |
| 2 | | |
| 3 | | By: *[signature]* for G.S. |
| 4 | | Gary R. Selvin |
| 5 | | Attorneys for Defendants, Gallagher Pipino, Inc. and Arthur J. Gallagher & Company. |
| 6 | | |
| 7 | | |
| 8 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. | |
| 9 | | |
| 10 | Dated: October 10th, 2006 | *[signature: James Ware]* |
| 11 | | The Honorable James Ware |
| | | United States District Court |

STIPULATION AND ORDER REGARDING THE CHANGE OF MOTION HEARING DATES – C 05-00198 JW

3