UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY and GALLAGHER-PIPINO, INC., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | CASE NO.:   C 05-00198 JW <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS EX PARTE APPLICATION FOR PERMISSION TO FILE MEMORANDUM IN EXCESS OF 25 PAGES** <br><br> COURTROOM:   8 <br> JUDGE:   Hon. James Ware <br><br> Second Amended Complaint Filed: June 20, 2006 |

TO ALL PARTIES AND TO THE ATTORNEYS OF RECORD:

This matter having come on for hearing upon Defendant/Cross-Complaint Zurich American Insurance Company's Ex Parte Application for Permission to File Memorandum in Excess of 25 pages, and good cause being found therefore;

IT IS HEREBY ORDERED and adjudged that Defendant/Cross-Complaint's motion is GRANTED. The Defendants shall be entitled to file its memorandum of points and authorities in support of a motion for partial summary judgment in excess of 25 pages and not to exceed 35 pages.

1   **IT IS SO ORDERED.**

2

3   DATED: __10/13/06_____    _____

4                                  The Honorable James Ware
                                   United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER                                              C05 00198 JW

PROOF OF SERVICE

1013A(3) CCP Revised 5/1/88

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On October 12, 2006, I served the following document described as: **[PROPOSED] ORDER GRANTING DEFENDANTS EX PARTE APPLICATION FOR PERMISSION TO FILE MEMORANDUM IN EXCESS OF 25 PAGES** by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

[X] **BY ELECTRONIC MAIL TRANSMISSION**:  I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X]     **Federal**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Execute October 12, 2006, at Irvine, California.

/s/
Holly Tornay