UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. <br><br> Defendants. | CASE NO.:   C 05-00198 JW <br><br> **STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN DATES IN THE SCHEDULING ORDER** |
| ZURICH AMERICAN INSURANCE COMPANY, <br><br> Cross-Complainant, <br><br> v. <br><br> GALLAGHER-PIPINO, INC. <br><br> Cross-Defendant. | Second Amended Complaint Filed: June 20, 2006 |

WHEREAS, counsel for plaintiff Santana Row Hotel Partners, LP is scheduled to conduct two multi-week trials within the next 45 days and has conducted an unsuccessful settlement conference this week relating to one of the trials, which is now set to proceed next week, and does not currently expect either matter to resolve informally;

1

STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN DATES IN THE SCHEDULING ORDER - C 05-00198 JW

1    WHEREAS, on June 20, 2006, the Court granted Plaintiff Santana Row Hotel Partners, LP
2    leave to file a second amended complaint, supplementing its causes of action against the broker
3    defendants;
4    WHEREAS, the parties have and continue to conduct written discovery and to seek to resolve
5    discovery disputes informally, and have and continue to resolve scheduling conflicts concerning the
6    taking of oral depositions;
7    WHEREAS, approximately 300,000 documents have been produced by the parties and third-
8    party witnesses in the discovery in this litigation, with further production of documents expected;
9    WHEREAS, Defendant Zurich has conducted 19 depositions on the issues of insurance
10   coverage and damages. Plaintiff has conducted three depositions (including an extensive 30(b)(6)
11   deposition) and has noticed but not commenced another deposition, and the Gallagher defendants
12   have noticed and commenced, but not yet completed, one deposition on the issue of insurance
13   coverage;
14   WHEREAS, pursuant to the October 26, 2005 Scheduling Order, as amended by Orders
15   dated January 10, 2006, March 13, 2006, September 6, 2006 and October 10, 2006, the parties' Rule
16   26 expert disclosures are to be served on November 3, 2006, and the parties' motion(s) for partial
17   summary judgment regarding liability on the first and second claims for relief in Plaintiff's second
18   amended complaint are scheduled for hearing on December 4, 2006;
19   WHEREAS, all of the parties agree that the dates in the Scheduling Order should be changed
20   to allow the parties to complete discovery, to engage in a more productive expert witness exchange,
21   to otherwise narrow the issues for the submission of dispositive pre-trial motions, and to prepare for
22   trial; and
23   WHEREAS, all parties agree that, in light of the complexity of the issues in dispute and the
24   nature and scope of the issues to be litigated, the changes requested herein are necessary to the
25   productive and orderly handling of this matter;
26   ///
27   ///
28   ///

IT IS THEREFORE STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

1. The date regarding expert witness disclosure referenced in paragraph 4 of the Scheduling Order is changed from November 3, 2006 to November 22, 2006;

2. The date regarding the disclosure of rebuttal expert witnesses referenced in paragraph 8 of the Scheduling Order is changed from November 30, 2006 to December 29, 2006;

3. The date regarding the hearing of motions to exclude experts/expert testimony referenced in paragraph 7 of the Scheduling Order is changed from January 15, 2007 to March 19, 2007;

4. The date regarding the close of discovery referenced in paragraph 10 of the Scheduling Order is changed January 8, 2007 to February 23, 2007;

5. The hearing date for motions or cross-motions for partial summary judgment on liability under the first two claims for relief of Plaintiff's second amended complaint is changed from December 4, 2006 to January 22, 2007, with all motions and cross-motions (if any) to be filed on November 20, 2006; all oppositions to be filed on December 18, 2006; and all replies (if any) to be filed on January 8, 2007;

6. The last date for hearing of dispositive motions is changed from February 12, 2007 to April 16, 2007; and

7. The date for the filing and lodging of the Preliminary Pretrial and Trial Setting Conference statement is changed from February 26, 2007 to May 11, 2007, and the date for the Preliminary Pretrial and Trial Setting Conference is changed from March 12, 2007 to May 21, 2007.

Dated: October 13, 2006

RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff, Santana Row Hotel Partners, L.P.

3

STIPULATION AND ORDER REGARDING THE CHANGE OF CERTAIN DATES IN THE SCHEDULING ORDER - C 05-00198 JW

1 | Dated: October 13, 2006

JONES TURNER, LLP

By: _____
Steven D. Turner

Attorneys for Defendant, Zurich American Insurance Company

Dated: October 13, 2006

SELVIN WRAITH HALMAN, LLP

By: _____
Gary R. Selvin

Attorneys for Defendants, Gallagher Pipino, Inc. and Arthur J. Gallagher & Company.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: __10/17__, 2006

_____
The Honorable James Ware
United States District Court