1  Allen Ruby, Esq. SB #47109
   Steven A. Ellenberg, Esq., SB #151489
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, California  95113
   Telephone:  (408) 998-8500
4

5  Attorneys for Plaintiff
   SANTANA ROW HOTEL PARTNERS, L.P.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12 | SANTANA ROW HOTEL PARTNERS,          | Case No.  C05 00198 JW
   | L.P.,
13 |                                       | [PROPOSED] ORDER GRANTING
   |               Plaintiff,              | PLAINTIFF'S EX PARTE
14 |                                       | APPLICATION FOR PERMISSION TO
   |        v.                             | FILE MEMORANDUM IN OPPOSITION
15 |                                       | IN EXCESS OF 25 PAGES
   | ZURICH AMERICAN INSURANCE
16 | COMPANY and GALLAGHER-                | Date: January 22, 2006
   | PIPINO, INC.,                         | Time: 9:00 a.m.
17 |                                       | Dept: 8, The Honorable James Ware
   |               Defendants.
18

19        TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

20        This matter having come on for hearing upon Plaintiff Santana Row Hotel Partner's

21 ex parte application for permission to file memorandum in excess of 25 pages, and good

22 cause being found therefore good cause appearing;

23        IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.  Plaintiff shall be

24 entitled to file its memorandum of points and authorities in support of opposition to

25 defendant Zurich American Insurance Company's motion for partial summary judgment in

26 /////

27 /////

28 /////

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PERMISSION TO FILE
MEMORANDUM IN OPPOSITION IN EXCESS OF 25 PAGES                                          1

1    excess of 25 pages and not to exceed 35 pages.

2           IT IS SO ORDERED.

3    DATED:  December 13, 2006

4

5    _____

6    THE HONORABLE JAMES WARE

7

8

9    I:\SANTANA ROW\DISTRICT CT\P\Zurich MSJ\Ex Parte\Proposed Order.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PERMISSION TO FILE
MEMORANDUM IN OPPOSITION IN EXCESS OF 25 PAGES                                              2