```
Allen Ruby, Esq. SB #47109
Steven A. Ellenberg, Esq., SB #151489
Anne-Marie Waggoner, Esq., SB #173407
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
SANTANA ROW HOTEL PARTNERS, L.P.
```

**IT IS SO ORDERED** /s/ James Ware — Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | Case No. C05 00198 JW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS GALLAGHER-PIPINO, INC. AND ARTHUR J. GALLAGHER & CO.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT <br><br> Current Hearing Date: January 22, 2007 <br> Time: 9:00 a.m. <br> Courtroom 8 <br> Honorable James Ware <br><br> Trial Date: None Set |

## STIPULATION

WHEREAS defendants GALLAGHER-PIPINO, INC. and ARTHUR J. GALLAGHER & CO. (collective the "Gallagher Defendants") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment against plaintiff Santana Row Hotel Partners, L.P. ("Plaintiff"), on December 15, 2006;

WHEREAS the Gallagher Defendants have noticed the hearing on said motion for January 22, 2007;

WHEREAS pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to said motion

1  is due on January 1, 2007;

2      WHEREAS counsel for Plaintiff, Steven A. Ellenberg, Esq., is currently on vacation
3  until Tuesday, December 26, 2006, six (6) days before Plaintiff's opposition papers are due;

4      IT IS HEREBY STIPULATED AND AGREED that the hearing on the Gallagher
5  Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary
6  Judgment be CONTINUED from January 22, 2007 to February 12, 2007, at 9:00 a.m., or
7  such subsequent date as the Court may set.

8      IT IS SO STIPULATED.

9                                 RUBY & SCHOFIELD

11  Dated:  December 20, 2006        By:_____
12                                      ANNE-MARIE WAGGONER
                                    Attorneys for Plaintiff
13                                      SANTANA ROW HOTEL PARTNERS L.P.

15                                   SELVIN WRAITH HALMANN LLP

16  Dated: December __, 2006         By:_____
17                                      GARY R. SELVIN
18                                     Attorneys for Defendants
                                   GALLAGHER-PIPINO, INC. and
19                                     ARTHUR J. GALLAGHER & CO.

20                                   **ORDER**

22      Pursuant to the foregoing stipulation,  IT IS ORDERED that the hearing on
23  Defendants GALLAGHER-PIPINO, INC. and ARTHUR J. GALLAGHER & CO.'s Motion
24  for Summary Judgment, or in the Alternative, Partial Summary Judgment, filed December
25  15, 2006,  is CONTINUED from January 22, 2007 to February 12, 2007, at 9:00 a.m.

26      IT IS SO ORDERED.

27  Dated: December __, 2006         _____
                                     THE HONORABLE JAMES WARE
28

is due on January 1, 2007;

WHEREAS counsel for Plaintiff, Steven A. Ellenberg, Esq., is currently on vacation until Tuesday, December 26, 2006, six (6) days before Plaintiff's opposition papers are due;

IT IS HEREBY STIPULATED AND AGREED that the hearing on the Gallagher Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment be CONTINUED from January 22, 2007 to February 12, 2007, at 9:00 a.m., or such subsequent date as the Court may set.

IT IS SO STIPULATED.

RUBY & SCHOFIELD

Dated: December 20, 2006      By:_____
                              ANNE-MARIE WAGGONER
                              Attorneys for Plaintiff
                              SANTANA ROW HOTEL PARTNERS L.P.


SELVIN WRAITH HALMANN LLP

Dated: December 21, 2006      By:_____
                              GARY R. SELVIN
                              Attorneys for Defendants
                              GALLAGHER-PIPINO, INC. and
                              ARTHUR J. GALLAGHER & CO.

## ORDER

Pursuant to the foregoing stipulation, IT IS ORDERED that the hearing on Defendants GALLAGHER-PIPINO, INC. and ARTHUR J. GALLAGHER & CO.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, filed December 15, 2006, is CONTINUED from January 22, 2007 to February 12, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 27, 2006      _____
                              THE HONORABLE JAMES WARE