1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and GALLAGHER-PIPINO, INC.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO.:   C 05-00198 JW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS EX PARTE APPLICATION FOR PERMISSION TO FILE REPLY MEMORANDUM IN EXCESS OF 15 PAGES<br><br>COURTROOM:       8<br>JUDGE:                 Hon. James Ware<br><br>Second Amended Complaint Filed: June 20, 2006 |

TO ALL PARTIES AND TO THE ATTORNEYS OF RECORD:

    This matter having come on for hearing upon Defendant/Cross-Complaint Zurich American Insurance Company's Ex Parte Application for Permission to File Reply Memorandum in Excess of 15 pages, and good cause being found therefore;

    IT IS HEREBY ORDERED and adjudged that Defendant/Cross-Complaint's motion is GRANTED.  Zurich shall be entitled to file its reply to opposition in support of its motion for partial summary judgment in excess of 15 pages and not to exceed 21 pages.

///

1 | **IT IS SO ORDERED.**

2

3 | DATED: _____Jan 3, 2007_____    _____*/s/ James Ware*_____
4 |     The Honorable James Ware
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER                                                                                   C05 00198 JW

## PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On December 28, 2006, I served the following document described as: **[PROPOSED] ORDER GRANTING DEFENDANTS EX PARTE APPLICATION FOR PERMISSION TO FILE REPLY MEMORANDUM IN EXCESS OF 15 PAGES** by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

[X] **BY ELECTRONIC MAIL TRANSMISSION**: I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X]   **Federal**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Execute December 28, 2006, at Irvine, California.

/s/
Holly Tornay

3

[~~PROPOSED~~] ORDER                                                                                                                C05 00198 JW