| | |
|---|---|
| 1 | Allen Ruby, Esq. SB #47109 |
| 2 | Steven A. Ellenberg, Esq., SB #151489<br>RUBY & SCHOFIELD |
| 3 | 125 South Market Street, Suite 1001<br>San Jose, California 95113 |
| 4 | Telephone: (408) 998-8500 |
| 5 | Attorneys for Plaintiff |
| 6 | SANTANA ROW HOTEL PARTNERS, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., | Case No. C05 00198 JW |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PERMISSION TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT GALLGHER'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGES |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. | |
| | Date: February 12, 2007<br>Time: 9:00 a.m. |
| Defendants. | Dept: 8, The Honorable James Ware |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

This matter having come on for hearing upon Plaintiff Santana Row Hotel Partner's ex parte application for permission to file memorandum in opposition to defendant Gallagher's motion for summary judgment in excess of 25 pages, and good cause being found therefore good cause appearing;

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. Plaintiff shall be entitled to file its memorandum of points and authorities in support of opposition to defendants Gallagher Pipino and Arthur J. Gallagher & Co.'s motion for summary judgment

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PERMISSION TO FILE MEMORANDUM IN OPPOSITION IN EXCESS OF 25 PAGES                                                                                               1

1
2 | in excess of 25 pages and not to exceed 35 pages.
3 |      IT IS SO ORDERED.
4 | DATED: January 18, 2007

_____
THE HONORABLE JAMES WARE

10 | I:\SANTANA ROW\DISTRICT CT\P\Zurich MSJ\Ex Parte\Proposed Order.doc

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PERMISSION TO FILE MEMORANDUM IN OPPOSITION IN EXCESS OF 25 PAGES    2