United States District Court
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10   Santana Row Hotel Partners, LP,          NO. C 05-00198 JW

11              Plaintiff,                     **ORDER CONTINUING HEARING ON
                                              MOTIONS**
       v.
12
     Zurich America Insurance Co., et al.,
13
14              Defendants.
                                        /
15          The Court continues the hearing on the motions current set for February 12, 2007 to **March

16   12, 2007 at 9 a.m.** to coincide with Defendant's motion to complete arbitration.  The motions

17   currently noticed for February 12, 2007 are:

18          1.      Cross-motions for summary adjudication on liability

19          2.      Defendant Gallagher's motion for summary judgment and motion to withdraw

20                  Gallagher-Pipino, Inc. and Arthur J. Gallagher & Co. Admissions

21          3.      Defendant Zurich's Motion for Summary Judgment

22
23   Dated:  January 29, 2007            _____
                                         JAMES WARE
24                                       United States District Judge
25
26
27
28

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Alan Michael Jones ajones@jonesturner.com
Allen Ruby aruby@rubyschofield.com

3

Gary R. Selvin gselvin@selvinwraith.com
Glen W. Schofield gschofield@rubyschofield.com

4

Steven A. Ellenberg sellenberg@rubyschofield.com
Steven Donald Turner sturner@jonesturner.com

5

6

**Dated:  January 29, 2007**                    **Richard W. Wieking, Clerk**

7

8

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**

9

       **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California