**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, LP, | No. C 05-00198 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Petition to Compel Arbitration and Request for Stay Pending Completion of Arbitration before Judge James Ware previously noticed for February 12 2007 at 9:00 AM, has been reset to **March 12 2006, at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy