Allen Ruby, Esq. SB #47109
Steven A. Ellenberg, Esq., SB #151489
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
SANTANA ROW HOTEL PARTNERS, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P.,<br><br>            Plaintiff,<br><br>       v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO., et al.,<br><br>            Defendants. | Case No. C05 00198 JW<br><br>[~~PROPOSED~~] ORDER REMOVING INCORRECTLY FILED DOCUMENT |

The Court has reviewed the administrative motion of Santana Row Hotel Partners to remove the unredacted version of SRHP's Opposition to Zurich's Motion for Partial Summary Judgment. As the Court has not yet ruled on the Motion to Seal, Santana Row Hotel Partners' Motion is granted. The Clerk will remove the unredacted Memorandum in Opposition from the file.

DATED: _____January 31__, 2007.

_____
HONORABLE JAMES WARE

ORDER REMOVING INCORRECTLY FILED DOCUMENT