***ORDER E-FILED:  02/06/2007***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., | CASE NO.:    C 05-00198 JW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING BRIEFING AND HEARING DATE FOR ZURICH DISCOVERY MOTION RE JANUARY 30, 2007 DISCLOSURES FROM SRHP'S EXPERT, PAUL HAMILTON** |
| ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. | |
| Defendants. | |
| ZURICH AMERICAN INSURANCE COMPANY, | Second Amended Complaint Filed: June 20, 2006 |
| Cross-Complainant, | |
| v. | |
| GALLAGHER-PIPINO, INC. and ARTHUR J. GALLAGHER & CO., | |
| Cross-Defendants. | |

WHEREAS, as reflected in the parties' agreed and Court-approved Stipulation and Order Regarding the Change of Certain Dates in the Scheduling Order (Doc. 118), the agreed upon deadline for the close of discovery in this case is February 23, 2007;

1

1    WHEREAS, on January 30, 2007, the day before the then-scheduled deposition of plaintiff SRHP's bad faith expert, Paul Hamilton, SRHP disclosed an additional expert report that it entitled as a "supplemental" report and certain additional documents from Mr. Hamilton;

WHEREAS, defendant and cross-claimant Zurich contends it is necessary to resolve the propriety of Mr. Hamilton's January 30, 2007 disclosures before a deposition of Mr. Hamilton is conducted and, because of the impending discovery cutoff, it would be impossible to have the dispute heard under normal motion notice requirements and decided before expiration of the discovery cutoff in this case;

WHEREAS, the parties have agreed to stipulate to shorten time for the briefing and hearing of a motion by Zurich to exclude the January 30, 2007 Hamilton disclosures;

WHEREFORE, the parties have agreed to the following briefing schedule on Zurich's motion to exclude the January 30, 2007 Hamilton disclosures:

1. Zurich's motion shall be heard before Magistrate Judge Lloyd on Tuesday, February 20, 2007 at 10:00 a.m., or as soon thereafter as the court can set the matter for hearing.

2. Zurich's motion is to be filed by February 5, 2007, with SRHP accepting electronic service on that date as equivalent to personal service of the pleadings;

3. Any opposition pleadings are to be filed and served electronically by SRHP by 1 p.m. on February 12, 2007;

4. Reply pleadings (if any) are to be filed by Zurich on or before February 15, 2007; and

5. Finally, SRHP and Zurich agree that, after Zurich's motion has been decided by the Court, SRHP will make Mr. Hamilton available for deposition, at a mutually agreeable date and time, even if the deposition must proceed after the February 23, 2007 discovery cutoff.  It is agreed that this agreement by SRHP for the production of Mr. Hamilton for deposition shall not be cited by the parties as grounds to change or continue any other Court-ordered dates.

2

STIPULATION AND ORDER REGARDING BRIEFING AND HEARING DATE FOR ZURICH DISCOVERY MOTION RE JANUARY 30, 2007 DISCLOSURES FROM SRHP'S EXPERT, PAUL HAMILTON - C 05-00198 JW

| | | |
|---|---|---|
| 1 | Dated: February 2, 2007 | RUBY & SCHOFIELD |
| 2 | | |
| 3 | | By: /s/ Steven A. Ellenberg |
| | | Steven A. Ellenberg |
| 4 | | |
| 5 | | Attorneys for Plaintiff, Santana Row Hotel Partners, L.P. |
| 6 | Dated: February 2, 2007 | JONES TURNER, LLP |
| 7 | | By: /s/ Ron H. Burnovski |
| 8 | | Ron H. Burnovski |
| 9 | | Attorneys for Defendant and Cross-Claimant, Zurich American Insurance Company |
| 10 | | |

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: __February 6__, 2007

_____
Magistrate Judge Lloyd
United States District Court

3

STIPULATION AND ORDER REGARDING BRIEFING AND HEARING DATE FOR ZURICH DISCOVERY MOTION RE JANUARY 30, 2007 DISCLOSURES FROM SRHP'S EXPERT, PAUL HAMILTON - C 05-00198 JW