1  Alan M. Jones, CSB# 092215
   Steven D. Turner, CSB# 172852
2  JONES TURNER, LLP
   100 Pacifica, Suite 210
3  Irvine, California 92618
   Telephone: (949) 435-4100
4  Facsimile: (949) 435-4105
   ajones@jonesturner.com
5  sturner@jonesturner.com

6  Attorneys for Defendant
   ZURICH AMERICAN INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 SANTANA ROW HOTEL PARTNERS, L.P.,   )   CASE NO.:   C 05-00198 JW
                                       )
13         Plaintiff,                  )   [PROPOSED] ORDER ON DEFENDANT
                                       )   ZURICH AMERICAN INSURANCE
14      v.                             )   COMPANY'S ADMINISTRATIVE
                                       )   MOTION TO FILE DOCUMENTS
15 ZURICH AMERICAN INSURANCE           )   UNDER SEAL, AS SUPPLEMENTED
   COMPANY, GALLAGHER-PIPINO, INC.     )
16 and ARTHUR J. GALLAGHER & CO.       )   Civil Local Rules 7-10, 7-11, 79-5
                                       )
17         Defendants.                 )   Date:    January 22, 2007
   _____ )   Time:    9:00 a.m.
18                                     )   Dept:    8
   ZURICH AMERICAN INSURANCE           )   Judge:   Hon. James Ware
19 COMPANY,                            )
                                       )   Second Amended Complaint Filed: June 20,
20         Cross-Claimant,             )   2006
                                       )
21      v.                             )
                                       )
22 GALLAGHER-PIPINO, INC. and ARTHUR   )
   J. GALLAGHER & COMPANY,             )
23                                     )
           Cross-Defendants.           )
24 _____ )

25     Defendant Zurich American Insurance Company ("Zurich") has filed an

26 Administrative Motion to File Documents Under Seal pursuant to Civ. L.R. 7-11 and L.R.

27 79-5, which Zurich supplemented on January 8, 2007 in connection with its Reply to

28 Plaintiff's Opposition to Zurich's Motion for Partial Summary Judgment. The Court being

-1-

1  fully advised in the premises:

2      IT IS HEREBY ORDERED that the <u>un</u>redacted declarations of Plaintiff's counsel,

3  Steven Ellenberg, Esq., and Plaintiff's consultant Paul Hamilton, and the <u>un</u>redacted exhibits

4  submitted therewith (except as to documents Bates numbered ZCS-010798-799 of Deposition

5  Exhibit 172 and except documents Bates numbered ZUR-01165-69 of Exhibit F to the

6  Ellenberg Declaration), shall be filed and shall remain under seal.

7      IT IS FURTHER ORDERED that Plaintiff's <u>un</u>redacted Motion and Memorandum of

8  Points and Authorities in Support of its Opposition to Zurich's Motion for Summary

9  Judgment shall be filed and shall remain under seal.

10      IT IS FURTHER ORDERED that the December 20, 2006 Declaration of John B.

11  Lennes, Jr. shall be filed and shall remain under seal.

12      IT IS FURTHER ORDERED that the <u>un</u>redacted Reply of Zurich to Plaintiff's

13  Opposition to Zurich's Motion for Partial Summary Judgment shall be filed and shall remain

14  under seal.

15  DATED: ~~January~~ Feb. 14, 2007            _James Ware_

16                                                     Judge of the District Court

-2-

[~~PROPOSED~~] ORDER ON DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL, AS SUPPLEMENTED     C 05-00198 JW

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On January 8, 2007, I served the following document described as: **[PROPOSED] ORDER ON DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, AS SUPPLEMENTED**:

[X] **BY ELECTRONIC MAIL TRANSMISSION**: I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X]   **Federal**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Execute January 8, 2007, at Irvine, California.

/s/ Jann Gallagher

Jann Gallagher

-3-

1    17741

-4-

[PROPOSED] ORDER ON DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL, AS SUPPLEMENTED      C 05-00198 JW