1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZURICH AMERICAN INSURANCE ) <br> COMPANY, GALLAGHER-PIPINO, INC., ) <br> and ARTHUR J. GALLAGHER & CO., ) <br> ) <br> Defendants. ) <br> ) <br>_____) <br> ) <br> AND RELATED CROSS-CLAIM ) <br>_____) | Case No.: C05 00198 <br><br> [PROPOSED] ORDER RE ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES <br><br> Date:  March 19, 2007 <br> Time:  9:00 a.m. <br> Place: Courtroom 8 <br><br> Second Amended Complaint Filed: June 20, 2006 |

This motion came on for hearing on March 19, 2007 before the Honorable James Ware in Courtroom No. 8 of the above-entitled Court. The Court having considered the pleadings and arguments of the parties and good cause appearing therefrom, IT IS HEREBY ORDERED THAT:

Zurich's motion is GRANTED and the Court's Scheduling Order dates are hereby modified as follows: The last day for hearing dispositive motions referenced in paragraph 12 of the Scheduling Order is continued from April 16, 2007 to JULY 16 2007 @ 9:00 AM. The date for the filing and lodging of the Preliminary Pretrial and Trial Setting Conference statement referenced in paragraph 13 of the Scheduling Order is continued from May 11, 2007 to   SEPT. 10, 2007  . The date for the Pre-Trial and Trial Setting Conference referenced in paragraph 14 of the Scheduling

1

[PROPOSED] ORDER RE ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES   -   C 05-00198 JW

1   Order is continued from May 21, 2007 to  SEPT. 17 2007 @ 11:00 AM.

3        IT IS SO ORDERED.

4   Dated: _____2/14___, 2007

    _____
    Hon. James Ware
    Judge of the District Court

[PROPOSED] ORDER RE ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES   -   C 05-00198 JW

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On February 9, 2007, I served the following document described as: **[PROPOSED] ORDER RE ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**:

[X] **BY ELECTRONIC MAIL TRANSMISSION**: I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X] **Federal** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Execute February 9, 2007, at Irvine, California.

/s/
Holly Tornay