IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Santana Row Hotel Partners, LP, | NO. C 05-00198 JW |
| Plaintiff,<br>v. | **ORDER AFFIRMING DISCOVERY ORDER OF MAGISTRATE JUDGE** |
| Zurich America Insurance Company, et al., | |
| Defendants. | |

The Court is in receipt of Defendant Zurich American Insurance Company's ("Zurich") Objections to Magistrate's Order Denying in Part Zurich American Insurance Company's Motion to Exclude Untimely and Improper January 30, 2007 Disclosures from SRHP's Expert Paul Hamilton (Docket Item No. 264). Review of the objections indicates that Zurich restate arguments made to the Magistrate, namely, that Zurich is prejudiced by having unequal time to prepare its expert reports. The Court finds that the Magistrate's failure to grant the remedy of exclusion based on such a limited showing of prejudice was not clearly erroneous or contrary to law. Accordingly, the Magistrate's Order is AFFIRMED.

Dated: March 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Michael Jones ajones@jonesturner.com
Allen Ruby aruby@rubyschofield.com
Gary R. Selvin gselvin@selvinwraith.com
Glen W. Schofield gschofield@rubyschofield.com
Ron Howard Burnovski rburnovski@jonesturner.com
Steven A. Ellenberg sellenberg@rubyschofield.com
Steven Donald Turner sturner@jonesturner.com

**Dated:  March 20, 2007**                               **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**