UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO.<br><br>Defendants.<br><br>_____<br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Cross-Complainant,<br><br>v.<br><br>GALLAGHER-PIPINO, INC.<br><br>Cross-Defendant.<br>_____ | CASE NO.:   C 05-00198 JW<br><br>**STIPULATION AND ORDER REGARDING THE HEARING DATE FOR PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY JUDGMENT**<br><br>Second Amended Complaint Filed: June 20, 2006 |

WHEREAS, Zurich American Insurance Company ("Zurich") filed its motion for partial summary judgment on November 20, 2006;

WHEREAS, Gallagher-Pipino and Arthur J. Gallagher & Company (collectively, "Gallagher") filed their motion for summary judgment and/or partial summary judgment on

1  December 15, 2006;

2  WHEREAS, briefing relating to the two pending motions for partial summary

3  judgment/summary judgment was completed at or about the end of January 2007;

4  WHEREAS, following a series of continuances, the hearing date for the motions for partial

5  summary judgment/summary judgment and associated papers was last set for March 12, 2007 (see

6  Doc. No. 210);

7  WHEREAS, on March 6, 2006, the Court continued the hearing date for the motions for

8  partial summary judgment/summary judgment to a date uncertain to allow Magistrate Howard Lloyd

9  time to rule on a pending discovery issue (see Doc. No. 258);

10 WHEREAS, Magistrate Howard Lloyd ruled on the pending discovery issue on April 17,

11 2007 (see Doc. No. 301);

12 WHEREAS, pursuant to the Court Clerk's instruction to provide 35 day's notice for a new

13 hearing date on its pending motion, Zurich re-noticed its motion for partial summary judgment for

14 hearing on June 4, 2007 (see Doc. No. 304);

15 WHEREAS, the parties wish to proceed with a hearing on the motions for partial summary

16 judgement/summary judgment and related papers as soon as possible to enable them to make

17 determinations as to whether to proceed with alternative dispositive motions and to otherwise

18 prepare for trial;

19 **IT IS THEREFORE STIPULATED** by and between the parties hereto, through their

20 respective counsel of record, that the hearing on the motions for partial summary judgment and

21 summary judgment filed by Zurich and Gallagher and the associated papers may be set for **May 14,**

22 **2007** at 10:00 a.m. in Department 8 of the United States District Court, San Jose Division.

23

24 Dated:  April __, 2007                                    RUBY & SCHOFIELD

25                                                                             /s/

26                                                                    By: _____
                                                                              Steven A. Ellenberg
27
                                                                    Attorneys for Plaintiff, Santana Row
28                                                                  Hotel Partners, L.P.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April __, 2007 | JONES TURNER, LLP |
| 3 | | /s/ |
| 4 | | By: _____ |
| | | Steven D. Turner |
| 5 | | |
| 6 | | Attorneys for Defendant, Zurich American Insurance Company |
| 7 | Dated: April __, 2007 | SELVIN WRAITH HALMAN, LLP |
| 8 | | /s/ |
| 9 | | By: _____ |
| | | Gary R. Selvin |
| 10 | | |
| 11 | | Attorneys for Defendants, Gallagher Pipino, Inc. and Arthur J. Gallagher & Company. |

13  PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the hearing on the motions for partial summary judgment and summary judgment filed by Zurich and Gallagher, along with the papers associated therewith, is set for **May 14, 2007** at 10:00 a.m. in Department 8 of the United States District Court, San Jose Division.

Dated: _____, 2007

_____
The Honorable James Ware
United States District Court

PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On April 23, 2007, I served the following document described as:

**STIPULATION AND ORDER REGARDING THE HEARING DATE FOR PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY JUDGMENT**

[X] **BY ELECTRONIC MAIL TRANSMISSION**:  I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X]   **Federal**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed April 23, 2007, at Irvine, California.

                                                                               /s/
                                                       Jann Gallagher