**DENIED**
Judge James Ware
4/24/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., | CASE NO.:   C 05-00198 JW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING THE HEARING DATE FOR PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY JUDGMENT** |
| ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO. | |
| Defendants. | |
| ZURICH AMERICAN INSURANCE COMPANY, | Second Amended Complaint Filed: June 20, 2006 |
| Cross-Complainant, | |
| v. | |
| GALLAGHER-PIPINO, INC. | |
| Cross-Defendant. | |

WHEREAS, Zurich American Insurance Company ("Zurich") filed its motion for partial summary judgment on November 20, 2006;

WHEREAS, Gallagher-Pipino and Arthur J. Gallagher & Company (collectively, "Gallagher") filed their motion for summary judgment and/or partial summary judgment on

1  December 15, 2006;

2  WHEREAS, briefing relating to the two pending motions for partial summary
3  judgment/summary judgment was completed at or about the end of January 2007;

4  WHEREAS, following a series of continuances, the hearing date for the motions for partial
5  summary judgment/summary judgment and associated papers was last set for March 12, 2007 (see
6  Doc. No. 210);

7  WHEREAS, on March 6, 2006, the Court continued the hearing date for the motions for
8  partial summary judgment/summary judgment to a date uncertain to allow Magistrate Howard Lloyd
9  time to rule on a pending discovery issue (see Doc. No. 258);

10  WHEREAS, Magistrate Howard Lloyd ruled on the pending discovery issue on April 17,
11  2007 (see Doc. No. 301);

12  WHEREAS, pursuant to the Court Clerk's instruction to provide 35 day's notice for a new
13  hearing date on its pending motion, Zurich re-noticed its motion for partial summary judgment for
14  hearing on June 4, 2007 (see Doc. No. 304);

15  WHEREAS, the parties wish to proceed with a hearing on the motions for partial summary
16  judgement/summary judgment and related papers as soon as possible to enable them to make
17  determinations as to whether to proceed with alternative dispositive motions and to otherwise
18  prepare for trial;

19  **IT IS THEREFORE STIPULATED** by and between the parties hereto, through their
20  respective counsel of record, that the hearing on the motions for partial summary judgment and
21  summary judgment filed by Zurich and Gallagher and the associated papers may be set for **May 14,**
22  **2007** at 10:00 a.m. in Department 8 of the United States District Court, San Jose Division.

23

24  Dated:  April __, 2007                                        RUBY & SCHOFIELD

25                                                                             /s/

26                                                                 By: _____
                                                                           Steven A. Ellenberg
27
                                                                   Attorneys for Plaintiff, Santana Row
28                                                                 Hotel Partners, L.P.

1

2  Dated: April __, 2007                                      JONES TURNER, LLP

3                                                                          /s/

4                                                              By: _____
                                                                   Steven D. Turner
5
                                                               Attorneys for Defendant, Zurich
6                                                              American Insurance Company

7  Dated: April __, 2007                                      SELVIN WRAITH HALMAN, LLP

8                                                                          /s/

9                                                              By: _____
                                                                   Gary R. Selvin
10
                                                               Attorneys for Defendants, Gallagher
11                                                             Pipino, Inc. and Arthur J. Gallagher &
                                                               Company.
12

13  PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the hearing on the motions
    for partial summary judgment and summary judgment filed by Zurich and Gallagher, along with the
14  papers associated therewith, is set for **May 14, 2007** at 10:00 a.m. in Department 8 of the United
    States District Court, San Jose Division.
15

16
    Dated: _____April 24_____, 2007
17                                                             _____
                                                               [DENIED — James Ware, Judge James Ware]
18
19
20
21
22
23
24
25
26
27
28

3

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 210, Irvine, California 92618.

On April 23, 2007, I served the following document described as:

**STIPULATION AND ORDER REGARDING THE HEARING DATE FOR PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY JUDGMENT**

[X] **BY ELECTRONIC MAIL TRANSMISSION**: I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

| | |
|---|---|
| Allen Ruby | aruby@rubyschofield.com |
| Glen Schofield | gschofield@rubyschofield.com |
| Steven A. Ellenberg | sellenberg@rubyschofield.com |
| Gary R. Selvin | gselvin@selvinwraith.com |

[X]   **Federal**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed April 23, 2007, at Irvine, California.

/s/
Jann Gallagher

4
PROOF OF SERVICE