*E-FILED: 7.19.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., | No. C05-00198 JW (HRL) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ZURICH'S REQUEST FOR FEES AND EXPENSES** |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC. and ARTHUR J. GALLAGHER & CO., | **[Re: Docket No. 342]** |
| Defendants. | |

Pursuant to this court's February 23, 2007 "Order Denying in Part Zurich American Insurance Company's Motion to Exclude Expert Disclosures" (Docket No. 252), defendant Zurich submitted the declaration of its counsel, asserting that it incurred over $10,000 in additional fees and expenses because of Hamilton's belated disclosure.[1]  Plaintiff Santana Row Hotel Partners filed a response stating its objections.  Zurich later filed a supplemental declaration.  Upon consideration of the moving and responding papers, IT IS ORDERED THAT:

---

[1] Zurich's request for fees and expenses was untimely.  The request was to have been submitted within three court days after the completion of Hamilton's deposition, which reportedly took place on June 22, 2007.  However, no prejudice resulted from the fact that Zurich's submission was delayed by a few days.

1.      Plaintiff shall pay $4,630.50 to Zurich for attorney's fees/costs incurred in litigating Zurich's underlying motion;[2]

2.      Zurich's request for $4361.00 for its counsel's "modified and expanded" deposition preparation is denied. These fees appear to have been the result of time spent studying information in Hamilton's new report. (*See* Jones Decl., ¶¶ 7-8). In its previous order, however, this court stated that it did "not believe that time spent preparing for Hamilton's deposition with respect to his new report will be time wasted." (February 23, 2007 Order, 6:14-15).

Dated: July 19, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[2] Although Zurich did not submit evidence supporting its counsel's assertions as to the reasonableness of the stated hourly rate, this court is well familiar with the range of rates customarily charged by attorneys practicing before it, and the claimed rate is actually at the low end of the range for cases of this complexity and magnitude.

2

**5:05-cv-198 Notice will be electronically mailed to**:

Ron Howard Burnovski rburnovski@jonesturner.com

Steven A. Ellenberg sellenberg@rubyschofield.com, mjones@rubyschofield.com

Alan Michael Jones ajones@jonesturner.com, jgallagher@jonesturner.com

Curtis Richard Ogilvie cogilvie@selvinwraith.com, kmcandrews@selvinwraith.com

Allen Ruby aruby@rubyschofield.com

Glen William Schofield gschofield@rubyschofield.com, bug@rubyschofield.com

Gary Robert Selvin gselvin@selvinwraith.com, kshahin@selvinwraith.com

Steven Donald Turner sturner@jonesturner.com, htornay@jonesturner.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.