Allen Ruby, Esq. SB #47109
Steven A. Ellenberg, Esq., SB #151489
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
SANTANA ROW HOTEL PARTNERS, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO., et al.,<br><br>Defendants. | Case No. C05 00198 JW<br><br>ORDER ON APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF STEVEN A. ELLENBERG IN SUPPORT OF OPPOSITION TO ZURICH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S THIRD, FIFTH AND SIXTH CLAIMS FOR RELIEF AND THAT NO DELAY COVERAGE EXISTS<br><br>Date: December 17, 2007<br>Time: 9:00 a.m.<br>Courtroom 8<br>Honorable James Ware |

Plaintiff has filed an application in accordance with the Section 10 of the Protective Order in this case to file under seal certain portions of plaintiff's Memorandum of Points and Authorities and the Declaration of Steven A. Ellenberg in support of its opposition to Defendant Zurich's Motion for Partial Summary Judgment on Plaintiff's Third, Fifth and Sixth Claims for Relief and that No Delay Coverage Exists. The Court has considered plaintiff's application [and Zurich's papers filed in support thereof].

ORDER ON APPLICATION TO FILE UNDER SEAL PORTIONS OF MPAS AND DECLARATION OF STEVEN A. ELLENBERG IN OPPOSITION TO ZURICH'S PARTIAL MSJ ON PLAINTIFF'S 3D, 5TH AND 6TH CLAIMS AND DELAY COVERAGE

1    IT IS HEREBY ORDERED THAT:

2    The Application is granted. The unredacted Memorandum of Points and Authorities
3    in Support of Opposition and Declaration of Steven A. Ellenberg in Support of Opposition
4    previously lodged with the Court on November 26, 2007 are to be filed under seal and shall
5    not be available for public viewing unless otherwise ordered by the Court.

6    The redacted Memorandum of Points and Authorities in Support of Opposition and
7    Declaration of Steven A. Ellenberg in Support of Opposition previously lodged with the
8    Court on November 26, 2007 shall be filed with the Court and made available for public
9    viewing.

10   DATED:  November 30, 2007

11
12                                                            _____
13                                                            JUDGE OF THE DISTRICT COURT

16   I:\SANTANA ROW\DISTRICT CT\P\Zurich MSJ\Ex Parte\Order on Appl. to File Under Seal Portions of Opp.doc

28   ORDER ON APPLICATION TO FILE UNDER SEAL PORTIONS OF MPAS AND DECLARATION OF STEVEN
     A. ELLENBERG IN OPPOSITION TO ZURICH'S PARTIAL MSJ ON PLAINTIFF'S 3D, 5TH AND 6TH CLAIMS
     AND DELAY COVERAGE