UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  12/17/2007**  **Court Reporter: Irene Rodriguez**
**Case No: C- 05-0198 JW**  **Interpreter: N/A**

## TITLE

**Santana Row Hotel Partners LP v. Zurich American Insurance Company et al**

**Attorney(s) for Plaintiff(s)**: Allen Ruby, Steven Ellenberg
**Attorney(s) for Defendant(s)**: Gary Selvin, Steven Turner, Jeffery Gesell

## PROCEEDINGS

1)  Defendants Gallagher-Pipino, Inc., Arthur J. Gallagher & Company's Motion for Partial Summary Judgment re Punitive Damages [Doc. 350];
2)  Defendants Gallagher-Pipino, Inc., Arthur J. Gallagher & Company's Motion for Partial Summary Judgment re Damages Constituting Indirect Losses or Otherwise Excluded Damages [Doc. 356];
3)  Defendants Gallagher-Pipino, Inc.'s Motion for Summary Judgment or in the Alternative for Partial Summary Judgment on Grounds that SRHP's Claims are Barred by Statute of Limitations [Docs. 360, 367]
4)  Defendant Zurich American Insurance Company's Motion for Partial Summary Judgment re Claimed Schedules 2 through 9 Costs & Defendant Gallagher-Pipino, Inc., Arthur J. Gallagher & Company's Motion for Joinder in Motion [Docs. 380, 389];
5)  Defendant Zurich American Insurance Company's Motion for Clarification of the Order Denying Partial Summary Judgment [Doc. 364];
6)  Defendant Zurich American Insurance Company's Motion for Partial Summary Judgment regarding: (1) Fraud/Promissory Estoppel, (2) Delay in Completion Coverage, (3) Third-Party Beneficiary Contract [Doc. 365];
7)  Defendant Zurich American Insurance Company's Motion for Partial Summary Judgment re Contract Interpretation of Maximum Period of Indemity for Rental Income and Soft Cost Claims [Doc. 374]

8) Status Conference

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument.  The Court will set further scheduling dates in its order on the pending motions.

*Elizabeth C. Garcia*
Courtroom Deputy
Original: **E-Filed**
CC: