1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Santana Row Hotel Partners, LP,                NO. C 05-00198 JW

11            Plaintiff,                            **ORDER FOLLOWING TELEPHONIC
        v.                                          CASE MANAGEMENT CONFERENCE**

12
     Zurich America Insurance Company, et al.,

13
            Defendants.

14   _____/

15

16       On January 24, 2008, the Court conducted a telephonic case management conference.  The

     parties were represented by their respective counsel.  In light of the parties' representations, the

17   Court VACATES all trial and pretrial dates.  The Court sets a Further Case Management Conference

18   for **Monday, March 10, 2008 at 10 A.M.**  The parties shall submit a Joint Case Management

19   Statement ten (10) days before the date of the conference.

20

21
     Dated:  January 24, 2008

22                                                  JAMES WARE
                                                    United States District Judge
23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Michael Jones ajones@jonesturner.com
Allen Ruby ruby@allenrubylaw.com
Curtis Richard Ogilvie cogilvie@selvinwraith.com
Gary Robert Selvin gselvin@selvinwraith.com
Glen William Schofield gschofield@rubyschofield.com
Ron Howard Burnovski rburnovski@jonesturner.com
Steven A. Ellenberg steve@ellenberglawoffices.com
Steven Donald Turner sturner@jonesturner.com


**Dated: January 24, 2008**                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**