Allen Ruby, Esq. SB #47109
Steven A. Ellenberg, Esq., SB #151489
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiff
SANTANA ROW HOTEL PARTNERS, L.P.

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTANA ROW HOTEL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, GALLAGHER-PIPINO, INC., and ARTHUR J. GALLAGHER & CO., <br><br> Defendants. | Case No. C05 00198 JW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to settlement, the undersigned hereby stipulate to dismissal of the above-entitled action in its entirety, with prejudice.

No costs or fees are recoverable by any party by reason of the dismissal.

DATED: March 17, 2008         RUBY & SCHOFIELD


BY _____/s/_____ for
ALLEN RUBY
Attorneys for Santana Row Hotel Partners

STIPULATION FOR DISMISSAL WITH PREJUDICE                                                1

| | | |
|---|---|---|
| 1 | DATED: March __, 2008 | JONES TURNER LLP |
| 2 | | |
| 3 | | BY _____ |
| 4 | | STEVEN D. TURNER |
| 5 | | Attorneys for Zurich American Ins. Co. |
| 6 | DATED: March __, 2008 | SELVIN, WRAITH, HALMAN LLP |
| 7 | | |
| 8 | | BY _____ GS |
| 9 | | GARY SELVIN |
| 10 | | Attorneys for Gallagher-Pipino and Arthur J. Gallagher |

I:\SANTANA ROW\DISTRICT CT\P\Stip for Dismissal.doc

**\*\*\* ORDER \*\*\***

The Clerk shall close this file.

Dated: March 19, 2008

_____
JAMES WARE
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE                    2